# UNITED STATES DISTRICT COURT
### Eastern District of Washington

BRACH EDWARD NORRIS,

        Plaintiff,

        v.

RICHARD MORGAN,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-5045-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Petition Under 28 USC 2254 for Writ of Habeas Corpus is Denied.

| | |
|---|---|
| May 22, 2008 Nunc Pro Tunc | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Stevie Perry |
| | *(By) Deputy Clerk* |
| | Shirley Peters |